No. 80–11. MERRION ET AL., DBA MERRION & BAYLESS, ET AL. *v.* JICARILLA APACHE TRIBE ET AL.; and

No. 80–15. AMOCO PRODUCTION CO. ET AL. *v.* JICARILLA APACHE TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, 449 U. S. 820.] Motion of Westmoreland Resources, Inc., for leave to file a brief as *amicus curiae* granted. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 80–251. ROSTKER, DIRECTOR OF SELECTIVE SERVICE *v.* GOLDBERG ET AL. D. C. E. D. Pa. [Probable jurisdiction noted, 449 U. S. 1009.] Motion of National Organization for Women for leave to participate in oral argument as *amicus curiae* denied.

No. 80–348. H. A. ARTISTS & ASSOCIATES, INC., ET AL. *v.* ACTORS' EQUITY ASSN. ET AL. C. A. 2d Cir. [Certiorari granted, 449 U. S. 991.] Motion of respondents for leave to divide oral argument with American Federation of Labor and Congress of Industrial Organizations as *amicus curiae* granted.

No. 80–420. FLYNT ET AL. *v.* OHIO. Sup. Ct. Ohio. [Certiorari granted, 449 U. S. 1033.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* as *amicus curiae* granted.

No. 80–429. COUNTY OF WASHINGTON, OREGON, ET AL. *v.* GUNTHER ET AL. C. A. 9th Cir. [Certiorari granted, 449 U. S. 950.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–824. POLK COUNTY ET AL. *v.* DODSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.